IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Nash, Carlos D | Case Number:  07 B 10667 |
| | Judge:  Squires, John H |
| Printed:  6/24/08 | Filed:  6/14/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: May 14, 2008
Confirmed: September 12, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 986.96 | |
| Secured: | | 933.67 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 53.29 |
| Other Funds: | | 0.00 |
| Totals: | 986.96 | 986.96 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Remedies | Administrative | 2,140.00 | 0.00 |
| 2. | Drive Financial Services | Secured | 10,144.94 | 933.67 |
| 3. | Internal Revenue Service | Priority | 0.00 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 307.71 | 0.00 |
| 5. | Drive Financial Services | Unsecured | 813.01 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 222.50 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 0.00 | 0.00 |
| 8. | Illinois Dept of Revenue | Unsecured | 2.90 | 0.00 |
| 9. | I C Systems Inc | Unsecured | 7.38 | 0.00 |
| 10. | Alliance | Unsecured | | No Claim Filed |
| 11. | AT&T | Unsecured | | No Claim Filed |
| 12. | Collection | Unsecured | | No Claim Filed |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 14. | Fbcs Inc | Unsecured | | No Claim Filed |
| 15. | Jackson Park Hospital | Unsecured | | No Claim Filed |
| 16. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 17. | MRSI | Unsecured | | No Claim Filed |
| 18. | MRSI | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 13,638.44 | $ 933.67 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 53.29 |
| | _____ |
| | $ 53.29 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Nash, Carlos D

Printed:  6/24/08

Case Number:  07 B 10667
Judge:  Squires, John H
Filed:  6/14/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_